USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __1/18/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>XAVIER ARAU, HENRY JONES, CASSIUS MILLER, ELIJAH PERKINS, and JAMIE WILKINS,<br><br>Defendants. | 21-cr-00570 (MKV)<br><br>ORDER |

MARY KAY VYSKOCIL, United States District Judge:

On January 14, 2022, Magistrate Judge Moses ordered the release of Defendant Cassius Miller on home incarceration, among other conditions. The Government has filed a letter appealing that decision and requesting that the Court stay Judge Moses' order until the Court can rule on the Government's appeal. [ECF No. 41].

IT IS HEREBY ORDERED that the Government's request for a stay is GRANTED. The order releasing Mr. Miller on bail is stayed pending the resolution of the Government's appeal. Defendant is directed to file a letter responding to the Government's letter on or before January 21, 2022.

**SO ORDERED.**

Date:  **January 18, 2022**
       **New York, NY**

_Mary Kay Vyskocil_
**MARY KAY VYSKOCIL**
**United States District Judge**