# O'NEILL / HASSEN

Attorneys at Law

February 17, 2022

VIA Email and ECF
Honorable Mary Kay Vyskocil
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/17/2022
```

RE: *United States v Cassius Miller*, 21 Cr 570 (MKV)

Dear Judge Vyskocil:

I represent Cassius Miller in the above-captioned matter. I write to request that the Court allow my colleague, Lisa Scolari to appear for me at the February 22, 2022 status conference. Ms. Scolari represents Mr. Miller's codefendant in this case.

I had anticipated that the conference would be virtual, but I will be on vacation during the week of February 21 and will not be able to unavailable for an in-person conference.

I thank the Court for its consideration of this request.

Respectfully submitted,

/s/

Grainne E. O'Neill

---

**GRANTED. Ms. Scolari can appear at the February 22, 2022 initial status conference in the place of Mr. O'Neill so long as Defendant Mr. Miller approves. Ms. Scolari will be authorized to act on behalf of Mr. Miller at the February 22, 2022 initial status conference.**

**SO ORDERED.**

Date: 2/17/2022
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge