**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/14/22
```

------------------------------------x
:
UNITED STATES OF AMERICA            :
:
        -against-                   :        **ORDER**
:
Cassius Miller                      :
:        21-cr-570-3
:          Docket #
:
------------------------------------x

__Mary Kay Vyskocil__, **DISTRICT JUDGE**:
         Judge's Name

The C.J.A. attorney assigned to this case
__Grainne O'Neill__ is hereby ordered substituted
         Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to __Joshua Kirshner__, NUNC-PRO-TUNC _____.
                        Attorney's Name

                              **SO ORDERED.**

                        _Mary Kay Vyskocil_
                        **UNITED STATES DISTRICT JUDGE**

**Dated:** March 14, 2022
        New York, New York