UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/28/23
```

UNITED STATES OF AMERICA,

          -against-

CASSIUS MILLER

          Defendant.

1:21-cr-00570-3 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge

    IT IS HEREBY ORDERED that a change of plea hearing will be held April 6th at 11am.

    The hearing will take place in the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY, Courtroom 18C.

**SO ORDERED.**

**Date: March 28, 2023**

          *Mary Kay Vyskocil*
          HONORABLE MARY KAY VYSKOCIL
          UNITED STATES DISTRICT JUDGE
          SOUTHERN DISTRICT OF NEW YORK