```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CASSIUS MILLER

Defendant.

21-cr-570 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court has been informed the Defendant was not prepared to proceed with a change of plea hearing scheduled for today, April 6, 2023. Accordingly, that hearing is ADJOURNED *sine die*. Defense counsel should advise whether Defendant Miller intends to proceed with the change of plea. In the event that Defendant Miller does not wish to proceed, the Scheduling Order at ECF No. 121 applies.

**SO ORDERED.**

Date: April 6, 2023
New York, NY

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**