USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

XAVIER ARAU, HENRY JONES, CASSIUS MILLER, ELIJAH PERKINS, JAMIE WILKINS, DAIVON MORGAN, ROBERTO ESPINOSA, AMIER WILSON, DAVION TRUSTY, and JUAN REYES

Defendants.

1:21-cr-00570-MKV

**ADJOURNMENT ORDER**

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that the sentencing of Defendant Cassius Miller scheduled for November 9, 2023 is adjourned to January 16, 2024 at 2:30 PM. Any request for an extension or adjournment shall be made by letter filed on ECF and must be received at least 48 hours before the deadline.

**SO ORDERED.**

Date: **October 19, 2023**
   **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**